# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-00292-RGK-E | Date | January 18, 2023 |
| Title | *Firestone et al v. Residential Properties Resources Fund II, LLC et al* | | |

JS6

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:             Attorneys Present for Defendants:

Not Present                                   Not Present

**Proceedings:**      **(IN CHAMBERS) Order Re: Dismissal**

Having reviewed the complaint filed in this action, the Court **DISMISSES** the case for lack of jurisdiction.

Plaintiffs allege diversity jurisdiction under 28 U.S.C. § 1332, which gives district courts original jurisdiction over any civil action in which the parties are citizens of different states, and the action involves an amount in controversy that exceeds $75,000. Plaintiffs also allege that they are "members and investors" of the two limited liability companies ("LLCs") that are named as defendants. An LLC "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Plaintiffs and Defendants are therefore citizens of the same states. As such, there is no complete diversity, so the Court lacks jurisdiction under 28 U.S.C. § 1332.

**IT IS SO ORDERED.**

                                                                    : _____
                                                                    JRE/k